WWW.GVLAW.COM

GALLO VITUCCI KLAR LLP

Sherri A. Jayson
Partner
Manhattan Midtown
sjayson@gvlaw.com
212-683-7100

July 31, 2026

ENDORSEMENT: Application GRANTED. The parties shall file another status letter no later than August 25, 2026. SO ORDERED.
Dated: August 3, 2026

**BY ECF Only**
Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: Cabrera v. United Natural Foods, Inc. et al.
Case No.: 1:25-cv-09387-SDA

Dear Judge Aaron:

The parties submit this joint status letter in accord with your Order dated May 27, 2026 (ECF Doc. No. 14). Plaintiff's deposition has been completed. Mediation through the Court's Mediation Program is scheduled for August 17, 2026. In the interim, the parties have been involved in active settlement negotiations and are hopeful that the case will resolve at or prior to mediation. With that in mind, we are holding off on completing the deposition of the defendant driver and of scheduling Plaintiff's IME(s). Nevertheless, should the case not settle, we expect that we will be able to complete depositions by September 15, 2026 as per the Scheduling Order.

We would respectfully request that we be permitted to submit a status letter to the Court by August 25, 2026 to advise as to the outcome of the mediation.

Very truly yours,

Sherri A. Jayson

cc: By ECF Only
Patrick James Garvey, Esq.